UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JODIE ROUSTIO for J.R., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06-CV-573 AGF |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER APPOINTING NEXT FRIEND

Jodie Roustio, mother of J.R., has filed her Petition for Appointment of Next Friend [Doc. # 4], alleging that the claimant is under the age of eighteen, namely, seven years of age and that claimant desires to commence and prosecute a review of the final decision of the Commissioner of Social Security Administration. Claimant has no legally appointed guardian, and Jodie Roustio consents to act as next friend of said claimant.

The appointment of next friend is provided for by Rule 17(c) of the Federal Rules of Civil Procedure and by 20 C.F.R. § 404.612(c).

The Court finds that the appointment of the claimant's mother, Jodie Roustio, as next friend would be in the best interest of the claimant.

Therefore,

**IT IS HEREBY ORDERED** that Jodie Roustio be appointed as next friend for the minor claimant, J.R., for the purpose of commencing and prosecuting a review of the final decision of the Commissioner of the Social Security Administration.

Dated this 10th day of April, 2006.

_____
**UNITED STATES MAGISTRATE JUDGE**