UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JODIE ROUSTIO for J.R., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV0573 AGF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant, ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees, in the amount of $1,379.40, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(B). Plaintiff in the action sought judicial review of the decision of the Commissioner of Social Security denying Plaintiff's application for child's Supplemental Security Income benefits. On September 26, 2007, the Court reversed and remanded the case for reconsideration of the record. Plaintiff is thus the prevailing party in her action challenging the Commissioner of Social Security's denial of benefits. Plaintiff's request for fees is supported by appropriate documentation. The Commissioner does not object to Petitioner's request. Upon review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $1,379.40. [Doc. #21]

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of November, 2007.